UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY OTTO AND JILL OTTO, husband and wife, | NO. 2:25−cv−00763-JHC |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES AND RESET SCHEDULE FOLLOWING RULING ON MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company, | |
| Defendant. | |

## I.    ORDER

This matter comes before the Court on Plaintiffs Jerry and Jill Otto and Defendant State Farm Fire and Casualty Insurance Company's stipulated motion to stay the current case schedule and reset all remaining deadlines after the Court issues its ruling on the pending motion for summary judgment.  Dkt. # 34.  The Court HEREBY ORDERS as follows:

1.    The current case schedule, including the August 3, 2026, discovery cutoff and all remaining pretrial deadlines, are stayed pending the Court's ruling on Defendant State Farm Fire and Casualty Insurance Company's Motion for Summary Judgment;

2. During the stay, the Parties shall not conduct new discovery or file new motions, absent further agreement of the Parties or order of this Court;

3. Within fourteen (14) days after this Court issues its ruling on the pending motion for summary judgment, the Parties shall meet and confer regarding a proposed amended case schedule;

4. Within twenty-one (21) days after the Court issues its ruling on the pending motion for summary judgment, the parties shall submit a proposed amended case schedule to the Court; and

A new case schedule shall be filed with new deadlines for all remaining deadlines, including the discovery deadline, dispositive motion deadline, other pretrial deadlines, and a trial date.

IT IS HEREBY ORDERED.

DATED this 17th day of July, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO STAY CASE DEADLINES - 2
CAUSE NO.: 2:25-CV-00610-JHC